THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02074-RPM

PATRICK ADAMSCHECK,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE,

    Defendant.

_____

### ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

After review of Defendant's Partial Motion for Summary Judgment, filed May 5, 2014, [12], and the Plaintiff's Response, filed May 27, 2014, [15], and the Defendant's Reply, filed June 10, 2014, [16], it is

ORDERED that the motion is denied.

Dated: June 13th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge