THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02074-RPM

PATRICK ADAMSCHECK,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE,

    Defendant.

_____

### ORDER SETTING TRIAL PREPARATION CONFERENCE AND TRIAL DATE
_____

Pursuant to the conference today, it is

ORDERED that this matter is set for trial to jury on **January 26, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . It is

FURTHER ORDERED that a trial preparation conference is scheduled for **January 2, 2015, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:    August 26th, 2014

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge