THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02074-RPM

PATRICK ADAMSCHECK,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE,

    Defendant.

_____

### RULINGS ON DR. RIDINGS' TESTIMONY
_____

    The objections sustained are:

January 19, 2015

    p. 37 - l. 8-20

    p. 51 - l. 9-14

    p. 52 - l. 18-25

    p. 53 - l. 1-23

    p. 58 - l. 22-25

    p. 59 - l. 1-6, and l. 17-23.

January 21, 2015

    p. 74 - l. 18-25

    p. 75 - l. 1-11.

Remove all objections overruled.

DATED: January 23rd, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge