## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02074-RPM

PATRICK ADAMSCHECK,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE,

      Defendant.

_____

## FINAL JUDGMENT
_____

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This matter was tried from January 26, 2015 through January 30, 2015, before an empaneled jury of twelve, Senior District Judge Richard P. Matsch presiding.

Pursuant to and in accordance with the jury's verdict for the plaintiff for underinsured motorist benefits in the amount of $395,561.00 and the jury's finding of unreasonable denial of benefits, the plaintiff is allowed to recover two times the covered benefit according to C.R.S. 10-3-1116. It is

ORDERED that judgment is entered in favor of plaintiff Patrick Adamscheck and against defendant American Family Mutual Insurance in the total amount of $1,186,683.00. It is

FURTHER ORDERED that post-judgment interest shall accrue at the legal rate of 0.17 % from the date of entry of judgment. It is

FURTHER ORDERED that plaintiff Patrick Adamscheck will be awarded reasonable attorney's fees. It is

FURTHER ORDERED that plaintiff Patrick Adamscheck shall have his statutory costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of entry of judgment.

DATED at Denver, Colorado, this  30th  day of January, 2015.

FOR THE COURT:
Jeffrey P. Colwell, Clerk


By: s/Emily Buchanan
Deputy Clerk