IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02074-RPM

**PATRICK ADAMSCHECK**

    Plaintiff

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**

    Defendant
_____

### ORDER GRANTING MOTION FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL AND APPROVAL OF SUPERSEDEAS BOND
_____

    Having come before the Court on Defendant American Family's Motion for Stay of Execution of Judgment Pending Appeal and Approval of Supersedeas Bond, and the Court being fully advised in the premises hereby GRANTS the relief requested.

    Defendant American Family is granted a stay of execution of any judgment entered in this matter pending the resolution of post-trial motions and appellate review. Defendant will deposit its supersedeas bond in the amount of $1,483,354.00 with the Court's registry within 7 days of this Order.

    SO ORDERED this 20th day of February, 2015.

                      BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge