THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02074-RPM

PATRICK ADAMSCHECK,

        Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE,

        Defendant.

_____

ORDER TO AMEND FINAL JUDGMENT TO ADD PREJUDGMENT INTEREST
_____

        Pursuant to the Plaintiff's motion to alter judgment to add prejudgment interest

[Doc. 47], it is

        ORDERED that prejudgment interest in the amount of $104,439.00 is to be

added to the final judgment entered January 30, 2015, [Doc. 46].

        DATED:    March 11th, 2015

                                        BY THE COURT:


                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge