THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02074-RPM

PATRICK ADAMSCHECK,

 Plaintiff,
v.

AMERICAN FAMILY MUTUAL INSURANCE,

 Defendant.

---

ORDER STRIKING DOCKET ENTRY #59 (Plaintiff's proposed bill of costs)

---

 On March 13, 2015, the Plaintiff filed a proposed bill of costs [#59], requesting the same costs identified in his motion for attorney's fees and costs, filed on February 12, 2015 [#48]. On March 24, 2015, the Court awarded fees and costs upon consideration of the Plaintiff's motion, and thus no further action is required by the clerk's office with respect to the Plaintiff's proposed bill of costs. Accordingly, is

 ORDERED that the Plaintiff's proposed bill of costs [#59] is stricken.

 Dated: March 24, 2015

        BY THE COURT:

        s/Richard P. Matsch

        _____

        Richard P. Matsch, Senior Judge